IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSUELO Z. ORDONO | No. C 14-00774 CRB |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| US BANK NATIONAL ASSOCIATION as TRUSTEE FOR RASC 2005-AHL3; OCWEN LOAN SERVICING and DOES 1 through 50 inclusive. | |
| Defendants. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: March 4, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE